IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02427-MSK-MJW

COLORADO CIVIL RIGHTS COMMISSION,

Plaintiff(s),

v.

WELLS FARGO BANK AND COMPANY,
WELLS FARGO BANK, N. A., and
WELLS FARGO MORTGAGE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Stay Proceedings and Vacate the Scheduling Conference, or in the Alternative, to Reset the Scheduling Conference (docket no. 12) is DENIED. Judge Krieger has previously DENIED the portion of this motion (docket no. 12) relating to a STAY. This court now DENIES that portion of the subject motion (docket no. 12) that seeks a vacation and continuance of the Rule 16 Scheduling Conference.

Date: January 10, 2011